**Fill in this information to identify your case:**

Debtor 1          **Jeffrey Paul Eltagonde**
                  First Name          Middle Name          Last Name

Debtor 2          **Leanna Kay Eltagonde**
(Spouse if, filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          **12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
| --- | --- |

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
| --- | --- | --- |
| Creditor's name: **Ditech**<br><br>Description of property securing debt: **5389 Goodview Drive Colorado Springs, CO 80911  El Paso County**<br>**Jointly Titled with Non-Filing Former Spouse (awarded to former spouse pursuant to divorce decree)** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **Freedom Road Financial**<br><br>Description of property securing debt: **2009 Honda Shadow 7,000 miles**<br>**Location: 2208 N. Union Blvd., Colorado Springs CO 80909** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **Nmac** | ☐ Surrender the property. | ☐ No |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Jeffrey Paul Eltagonde**
Debtor 2   **Leanna Kay Eltagonde**                                          Case number *(if known)*

name:                              ☐ Retain the property and redeem it.

                                                                                  ☑ Yes
                                   ☑ Retain the property and enter into a
                                      *Reaffirmation Agreement.*
Description of     **2015 Nissan Rogue 8,000 miles**
property           **Location: 2208 N. Union Blvd.,**     ☐ Retain the property and [explain]:
securing debt:     **Colorado Springs CO 80909**

---

Creditor's     **Ocwen Loan Servicing Llc**              ☑ Surrender the property.          ☐ No
name:                                                    ☐ Retain the property and redeem it.
                                                         ☐ Retain the property and enter into a   ☑ Yes
Description of   **5389 Goodview Drive Colorado**           *Reaffirmation Agreement.*
property         **Springs, CO 80911  El Paso**
securing debt:   **County**                              ☐ Retain the property and [explain]:
                 **Jointly Titled with Non-Filing**
                 **Former Spouse (awarded to**
                 **former spouse pursuant to**
                 **divorce decree)**

---

| Part 2: | List Your Unexpired Personal Property Leases |

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |

Official Form 108          **Statement of Intention for Individuals Filing Under Chapter 7**          page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Jeffrey Paul Eltagonde** | Case number *(if known)* | |
|---|---|---|---|
| Debtor 2 | **Leanna Kay Eltagonde** | | |

| Part 3: | **Sign Below** |
|---|---|

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Jeffrey Paul Eltagonde**

**Jeffrey Paul Eltagonde**
Signature of Debtor 1

Date   **January 23, 2017**

X **/s/ Leanna Kay Eltagonde**

**Leanna Kay Eltagonde**
Signature of Debtor 2

Date   **January 23, 2017**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                       Best Case Bankruptcy